UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL MOREIRA
*Plaintiff*
vs.

DANIEL DOLAN, JR. and
THE CITY OF PAWTUCKET, by and through its
Treasurer Christopher Rosa
*Defendants*

C.A. No. 22-cv-00209-MSM-LDA

## DISMISSAL STIPULATION

Plaintiff, **Michael Moreira**, and Defendants, **City of Pawtucket**, by and through its Treasurer Christopher Rosa, and **Daniel Dolan, Jr.**, hereby stipulate and agree by and through their undersigned counsel, that Plaintiff's Complaint is hereby dismissed, with prejudice, with no costs and fees to the parties.

Plaintiff, MICHAEL MOREIRA
By his attorneys,

*/s/ Gil A. Bianchi, Jr.*
Gil A. Bianchi, Jr., Esq. (#6421)
*/s/ Christian W. Tracy*
Christian W. Tracy, Esq. (#9797)
Bianchi, Brouillard, Sousa & O'Connell, P.C.
56 Pine Street, Suite 250
Providence, RI 02903
(401) 223-2990
Fax: (877) 548-4539
gbianchi@bbsolaw.com
ctracy@bbsolaw.com

Defendant, CITY OF PAWTUCKET
By its attorneys,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
*/s/ Jeffrey M. DeSisto*
Jeffrey M. DeSisto, Esq. (#10561)
DeSisto Law LLC
60 Ship Street

*Moreira v. Pawtucket, et al.*
*C.A. No. 1:22-cv-00209-MSM-LDA*

    Providence, RI 02903
    (401) 272-4442
    marc@desistolaw.com
    jeff@desistolaw.com

    Defendant, DANIEL DOLAN, JR.
    By his attorney,

    */s/ Mark T. Reynolds*
    Mark T. Reynolds, Esq. (#4764)
    REYNOLDS, DeMARCO & BOLAND, LTD
    400 Westminster Street, Suite 55
    Providence, RI 02903
    (401) 861-5522
    Fax: (401) 331-4861
    mtreynolds@rdblawfirm.com

**CERTIFICATION OF SERVICE**

    I hereby certify that the within document has been electronically filed with the Court on this 12th of April 2024, and available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will effectuated by electronic means:

Gil A. Bianchi, Jr., Esq. (#6421)    Mark R. Reynolds, Esq. (#4764)
gbianchi@bbsolaw.com    mtreynolds@rdblawfirm.com

Christian W. Tracy, Esq. (#9797)
ctracy@bbsolaw.com

    */s/ Jeffrey M. DeSisto*